UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD DELANO POWELL,<br>  aka "Laker,"<br><br>    Defendant. | CR No. **CR19-0777-JFW**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(iii), (b)(1)(C):<br>Distribution of Cocaine Base in<br>the Form of Crack Cocaine;<br>18 U.S.C. § 922(g)(1): Felon in<br>Possession of a Firearm and<br>Ammunition] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 15, 2019, in Los Angeles County, within the Central District of California, defendant EDWARD DELANO POWELL, also known as "Laker," knowingly and intentionally distributed cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

                            COUNT TWO

                 [21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 24, 2019, in Los Angeles County, within the Central District of California, defendant EDWARD DELANO POWELL, also known as "Laker," knowingly and intentionally distributed cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about June 5, 2019, in Los Angeles County, within the Central District of California, defendant EDWARD DELANO POWELL, also known as "Laker," knowingly and intentionally distributed at least 28 grams, that is, approximately 76 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT FOUR

[18 U.S.C. § 922(g)(1)]

On or about June 5, 2019, in Los Angeles County, within the Central District of California, defendant EDWARD DELANO POWELL, also known as "Laker," knowingly possessed a firearm, namely, a Springfield Armory, model XDs, .45 Auto caliber semi-automatic pistol, bearing serial number S3187617, and ammunition, namely, three rounds of Maxxtech .45 Auto caliber ammunition, one round of Winchester .45 Auto caliber ammunition, and one round of Fiocchi USA .45 ACP ammunition, in and affecting interstate and foreign commerce.

Defendant POWELL possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Transportation or Sale of a Controlled Substance, in violation of California Health & Safety Code Section 11352(a), in the Superior Court of the State of California, County of Los Angeles, case number BA324306, on or about June 28, 2007;

2. Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11351.5, in the Superior Court of the State of California, County of Los Angeles, case number BA290791, on or about May 12, 2006; and

//
//
//
//
//
//

     3.   Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11351.5, in the Superior Court of the State of California, County of Los Angeles, case number BA21242101, on or about April 4, 2001.

                                                          A TRUE BILL

                                        /s/
                               Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

KEVIN B. REIDY
Assistant United States Attorney
General Crimes Section