FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
EDWARD DELANO POWELL,
Defendant.

Case No. 2:19-cr-00777-JFW

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

I.

On August 26, 2026, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest. Gerald Salseda, a member of the indigent defense panel specially appearing, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Kent Walters. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant tested positive for cocaine; failed to appear for drug testing; and failed notify of address change.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 26, 2026

/s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE